# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**CASE CLOSED**

PAUL DEWAYNE COLEMAN,

    Petitioner,

v.

    Case No. 03-74880

HUGH WOLFENBARGER,

    **HONORABLE DENISE PAGE HOOD**

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation dated January 31, 2005. Neither Party has filed objections to this Report.

Magistrate Judge Komives recommends this Court deny Petitioner's petition for writ of habeas corpus and dismiss his petition with prejudice. On June 27, 2001, Petitioner was convicted of assault with intent to commit murder, and was sentenced to a 6–15 year prison term. Petitioner filed his application for a writ of habeas corpus on December 9, 2003.

After careful review and consideration, the Court finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Paul J. Komives, dated January 31, 2005 **[Docket No. 24]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Petitioner's Application for Writ of Habeas Corpus **[Docket No. 3, filed December 9, 2003]** is DENIED.

IT IS FURTHER ORDERED that this matter is DISMISSED with prejudice.

_____
DENISE PAGE HOOD
United States District Judge

DATED: __MAY 2 6 2005__